M. P. No. 1478. IN RE PETITION OF CHARLES CAPACE. Absent any recommendation by the state board of bar examiners and absent any proof of his admission to the bar of another state, petitioner does not meet the requirements on admission as set forth under Rules 1 and 5 of the rules of court and in accordance with precedent. See *In re Petition of Macomber,* 107 R. I. 909, 266 A.2d 256; *In re Petition of Tucker,* 107 R. I. 914, 266 A.2d 922; *In re Petition of Roney,* 107 R. I. 924, 269 A.2d 548.

Therefore, the petition for a limited license to practice law before the courts of this state in all cases associated with the Rhode Island Legal Services, Inc. is denied. *Guy J. Wells,* for petitioner. *James H. Barnett,* representing interest of the public.